AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Burton

                                                            JUDGMENT IN A CIVIL CASE

v.

Janda, et al

                                                         CASE NUMBER: 06-CV-287-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard    and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED and Plaintiff's Motions for Relief (Ct. Recs. 24 and 25) are DENIED as moot.

12/04/06                                                JAMES R. LARSEN
*Date*                                                      *Clerk*
                                                          s/ Vikki Johnson
                                                          *(By) Deputy Clerk*
                                                          Vikki Johnson