UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN BURTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>KERI ANN JANDA and TRACY S. COLLINS,<br><br>          Defendants. | NO.  CV-06-287-FVS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

By Order filed December 4, 2006, the court dismissed Plaintiff's complaint for failure to state cognizable claims under 42 U.S.C. § 1983.  Judgment was entered and the file closed (Ct. Recs. 27 and 28). On January 4, 2007, the court received a *pro se* document titled Second Amended Complaint which was liberally construed as a Motion for Reconsideration (Ct. Rec. 30).

     This court is allowed, under Fed. R. Civ. P. 60(b), to reconsider and amend a previous order in narrow circumstances.  A litigant may seek relief from an order or judgment based on: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; or (6) any other reason

ORDER DENYING MOTION FOR RECONSIDERATION -- 1

justifying relief. Fed. R. Civ. P. 60(b). "'[T]he major grounds that justify reconsideration involve an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Pyramid Lake Paiute Tribe of Indians v. Hodel*, 882 F.2d 364, 369 n. 5 (9th Cir. 1989)(quoting 18 C. Wright, A. Miller & E. Cooper, *Federal Practice and Procedure § 4478*).

Here, there is no basis for reconsideration. Plaintiff continues to challenge his conviction in state court, asserting ineffective assistance of counsel and the use of perjured testimony. He has not demonstrated his confinement and conviction has been invalidated. As set forth in the court's dismissal Order, Plaintiff's § 1983 claim may not proceed at this time. *See Preiser v. Rodriguez*, 411 U.S. 475, 487-90 (1973); *Heck v. Humphrey*, 512 U.S. 477, 481 (1994). Therefore, **IT IS ORDERED** Plaintiff's Motion for Reconsideration (Ct. Rec. 30) is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, and close the file.

**DATED** this ___16th___ day of January 2007.

             s/ Fred Van Sickle
             FRED VAN SICKLE
         UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION -- 2